[No. 44232-9-II.   Division Two.   September 3, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. NICHOLAS KEITH
MAYER, *Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 12-1-00311-4, Barbara D. Johnson, J., entered
November 20, 2012. *Affirmed* by unpublished opinion per
Melnick, J., concurred in by Bjorgen, A.C.J., and Hunt, J.

[No. 44305-8-II.   Division Two.   September 3, 2014.]

KENNETH HAUGE, *Appellant*, v. THE CITY OF LACEY,
*Respondent*.

Appeal from a judgment of the Superior Court for Thur-
ston County, No. 12-2-01303-6, Wm. Thomas McPhee, J.,
entered November 14, 2012. *Affirmed* by unpublished opin-
ion per Lee, J., concurred in by Bjorgen, A.C.J., and Hunt, J.

[No. 44508-5-II.   Division Two.   September 3, 2014.]

CAROLYN A. GIGER, *as Personal Representative*, *Appellant*, v.
THE DEPARTMENT OF LABOR AND INDUSTRIES ET AL.,
*Respondents*.

Appeal from a judgment of the Superior Court for Clark
County, No. 12-2-00429-7, Barbara D. Johnson, J., entered
January 24, 2013. *Affirmed* by unpublished opinion per
Bjorgen, A.C.J., concurred in by Maxa and Lee, JJ.

[No. 44650-2-II.   Division Two.   September 3, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. TRAVIS B. COUNTS,
*Appellant*.

Appeal from a judgment of the Superior Court for Lewis
County, No. 12-1-00483-2, Nelson E. Hunt, J., entered
March 13, 2013. *Affirmed* by unpublished opinion per Hunt,
J., concurred in by Bjorgen, A.C.J., and Lee, J.